In the Matter of H.H. WARNER, LLC, Appellant, v ROCHESTER GENESEE REGIONAL TRANSPORTATION AUTHORITY, Respondent.

Decided April 26, 2012

Reported below, 87 AD3d 1388.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.